

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00113-CR

Juan De Dios **ORTIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CR-4621
Honorable Catherine Torres Stahl, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:   June 3, 2009

DISMISSED

Appellant has filed a motion to dismiss his appeal. The motion is granted, and this appeal

is dismissed. *See* TEX. R. APP. P. 42.2(a).


                                         PER CURIAM

DO NOT PUBLISH